# Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



September 24, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-004025 and Court of Appeals number
03-15-00402-CV, styled, ANTHONY WEST ET AL V DANIEL WANNAMAKER, was due in your
office September 24, 2015. To date, the clerk's office has not received payment for the clerk's record
from the pro se appellant.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

---